UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MICHAEL OSIRIS BOYD,** **#20854-041, Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-03798-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **GRADY COUNTY JAIL, ET AL,** **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 7], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Complaint [ECF No. 1] is DENIED and DISMISSED under 28 U.S.C. §§ 1915(e) and 1915A, WITH PREJUDICE as to the constitutional claims and WITHOUT PREJUDICE as to the FTCA claim.

THUS, DONE AND SIGNED in Chambers on this 7th day of February 2022.

*/s/ David C. Joseph*
_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE